Youngs
v.
Van Schaick

WILLIAM *against* BROWN.

IN partition, the notice of presenting the petition and moving for the appointment of commissioners, was October term last, at the City-Hall of the city of New-York, instead of the Capitol in the city of Albany. A rule having been taken upon that notice,

*L. F. Stevens*, now moved to set it aside.

*T. Mumford*, contra.

*Curia.* If the place of moving had been entirely omitted the notice would notwithstanding have been good. The place of our terms, is fixed by a public law, of which every one must take notice at his peril. The addition of a wrong place, by mistake, is mere surplusage, and may be rejected. The motion must be denied with costs.

Motion denied.

*If a notice of presenting a petition in partition, and of moving to appoint commissioners, mention a wrong place, this will be rejected as surplusage. No place need be mentioned in such notice.*

YOUNGS *against* VAN SCHAICK.

ASSUMPSIT, commenced in the Mayor's court of the city of Albany, where the plaintiff declared for $800; and the defendant removed the cause into this court by *habeas corpus.* The cause being here referred; and the referees having reported $144 21 for the plaintiff, he clamed the taxation of Supreme Court costs before the commissioner, Judge L'Amoureux, who asked the advice of this court, whether they should be taxed at the Supreme Court or Common Pleas rate, upon the stat. 1 R. L. 344, sect. 4.

*W. Esleeck*, for the plaintiff.

*I. T. B. Van Vetchen*, for the defendant.

*Curia.* The plaintiff is entitled to Supreme Court costs.

*In assumpsit removed by habeas corpus from the mayor's Court of Albany, to the Supreme Court, the plaintiff is entitled to supreme court costs, where he recovers more than $50, though less than $250.*